UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,

      Plaintiff,

CASE NO. 8:13-cv-675-T-27 MAP

v.

WILLIAM R. HARDY, AMERICAN STOCK
TRANSFER & TRUST COMPANY, L.L.C.,
a New York Limited Liability Corporation, and
VANACORE INTERNATIONAL, INC.,
a California Corporation,

      Defendants.
_____/

### AMERICAN STOCK TRANSFER & TRUST COMPANY, L.L.C.'s AGREED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant American Stock Transfer & Trust Company, L.L.C. ("ASTT") moves for an enlargement of time until and including May 6, 2013. The grounds for this motion are as follows:

1. ASTT's response to the complaint filed in this action (the "Complaint") by plaintiff Whitnea Hardy (the "Plaintiff") currently is due today, April 22, 2013.

2. ASTT needs additional time to formulate its response to the Complaint. ASTT is requesting an enlargement of time until and including May 6, 2013.

3. The enlargement of time requested herein will not unduly delay this action or prejudice any party.

4. Justice requires that ASTT be granted the enlargement of time requested herein.

## MEMORANDUM OF LAW

The Court has the authority to grant the enlargement of time requested by ASTT. Fed R. Civ. P. 6(b). For the reasons set forth in the accompanying motion, the enlargement of time requested by ASTT is warranted.

**WHEREFORE**, ASTT respectfully requests the Court to enter an order granting AST an enlargement of time until and including May 6, 2013, to serve ASTT's response to Plaintiff's Complaint.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certifies that out-of-state counsel for ASTT conferred with counsel for the Plaintiff, Erin M. O'Toole, in a good-faith attempt to resolve the issues presented by this motion, and Plaintiff's counsel agreed to an enlargement of time until and including May 6, 2013, for ASTT to serve its response to Plaintiff's Complaint.

_____
Timothy A. Andreu
Florida Bar No. 443778
tandreu@glennrasmussen.com
**GLENN RASMUSSEN, P.A.**
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
Phone: (813) 229-3333
Fax: (813) 229-5946
*Attorney for Defendant American Stock Transfer & Trust Company, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served via CM/ECF to all parties listed thereon this 22nd day of April, 2013.

_____
Attorney

00098-00000 874092 v1