**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| WHITNEA R. HARDY, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:13-cv-00675-JDW-MAP |
| ) | |
| -vs- ) | |
| ) | |
| WILLIAM R. HARDY, AMERICAN ) | |
| STOCK TRANSFER & TRUST ) | |
| COMPANY, L.L.C., A NEW YORK ) | |
| LIMITED LIABILITY CORPORATION, ) | |
| AND VANACORE INTERNATIONAL, ) | |
| INC., A CALIFORNIA CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT HARDY

The law firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, PC, by and through its undersigned attorneys hereby gives notice of its appearance as counsel on behalf of Defendant WILLIAM L. HARDY, and requests that copies of all pleadings, notices, orders, and other documents in this cause be henceforth provided to the undersigned as counsel for Defendant WILLIAM L. HARDY.

Dated: April 25, 2013.

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**
        Bank of America Center
        390 North Orange Avenue
        Post Office Box 1549
        Orlando, Florida 32802
        Telephone:  (407) 422-6600
        Telecopier:  (407) 841-0325
        Counsel for Defendant William L. Hardy

        By: /s/ Donald E. Christopher
            Donald E. Christopher
            Florida Bar No. 250831
            *dchristopher@bakerdonelson.com*
            Marisa E. Rosen
            Florida Bar No. 73152
            *mrosen@bakerdonelson.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2013, I electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following:

    Erin M. O'Toole, Esquire
    Erin M. O'Toole, LLC
    111 2nd Ave NE, Suite 900
    St Petersburg, Florida 337013474
    *eotoole@emotoolelaw.com*

        /s/ Donald E. Christopher
          Donald E. Christopher