# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| WHITNEA R. HARDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> WILLIAM R. HARDY, AMERICAN ) <br> STOCK TRANSFER & TRUST ) <br> COMPANY, L.L.C., A NEW YORK ) <br> LIMITED LIABILITY CORPORATION, ) <br> AND VANACORE INTERNATIONAL, ) <br> INC., A CALIFORNIA CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 8:13-cv-00675-JDW-MAP |

## STIPULATION FOR EXTENSION OF TIME

COME NOW Defendant WILLIAM L. HARDY and Plaintiff WHITNEA R. HARDY, by and through their undersigned attorneys, and pursuant to Local Rule 4.15 of the Rules of this Court, hereby stipulate and agree as follows:

1. Defendant HARDY shall have until Friday, May 10, 2013 in which to respond to Plaintiff's Complaint.

AGREED TO AND STIPULATED this 26th day of April, 2013.

| | |
|---|---|
| **ERIN M. O'TOOLE, LLC** | **BAKER, DONELSON, BEARMAN,** |
| 111 Second Avenue N.E., Suite 900 | **CALDWELL & BERKOWITZ, PC** |
| St. Petersburg, Florida 33704 | Bank of America Center |
| Telephone:  (727) 490-7334 | 390 North Orange Avenue |
| Telecopier:  (727) 490-7335 | Post Office Box 1549 |
| Counsel for Plaintiff Whitnea R. Hardy | Orlando, Florida 32802 |
| | Telephone:  (407) 422-6600 |
| By: /s/ Erin M. O'Toole | Telecopier:  (407) 841-0325 |
| Erin M. O'Toole | Counsel for Defendant William L. Hardy |
| Florida Bar No. 0000744 | |
| *eotoole@emotoolelaw.com* | By: /s/ Donald E. Christopher |
| | Donald E. Christopher |
| | Florida Bar No. 250831 |
| | *dchristopher@bakerdonelson.com* |
| | Marisa E. Rosen |
| | Florida Bar No. 73152 |
| | *mrosen@bakerdonelson.com* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Erin M. O'Toole, Esquire | Timothy A. Andreu, Esquire |
| Erin M. O'Toole, LLC | Glenn Rasmussen, P.A. |
| 111 2nd Ave NE, Suite 900 | 100 S. Ashley Dr., Suite 1300 |
| St Petersburg, Florida 33704 | Tampa, Florida 33602 |
| *eotoole@emotoolelaw.com* | *tandreu@glennrasmussen.com* |

 /s/ Donald E. Christopher
 Donald E. Christopher