UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,

        Plaintiff,

v.

WILLIAM R. HARDY, AMERICAN STOCK
TRANSFER & TRUST COMPANY, L.L.C.,
a New York Limited Liability Corporation, and
VANACORE INTERNATIONAL, INC.,
a California Corporation,

        Defendants.
_____/

CASE NO. 8:13-cv-675-T-27 MAP

## AMERICAN STOCK TRANSFER & TRUST COMPANY, L.L.C.'s AGREED TO MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant American Stock Transfer & Trust Company, L.L.C. ("ASTT") moves for an additional enlargement of time until and including May 20, 2013, to respond to the plaintiff's complaint in this action. The grounds for this motion are as follows:

1.    Pursuant to the Court's order of April 24, 2013 (Dkt. #5), ASTT's response to the complaint filed in this action (the "Complaint") by plaintiff Whitnea Hardy (the "Plaintiff") currently is due on May 6, 2013.

2.    ASTT needs additional time to formulate its response to the Complaint. ASTT is requesting an additional enlargement of time until and including May 20, 2013.

3.    The enlargement of time requested herein will not unduly delay this action or prejudice any party.

4. Justice requires that ASTT be granted the enlargement of time requested herein.

## MEMORANDUM OF LAW

The Court has the authority to grant the additional enlargement of time requested by ASTT. Fed R. Civ. P. 6(b). For the reasons set forth in the accompanying motion, the additional enlargement of time requested by ASTT is warranted.

**WHEREFORE**, ASTT respectfully requests the Court to enter an order granting AST an additional enlargement of time until and including May 20, 2013, to serve ASTT's response to Plaintiff's Complaint.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certifies that out-of-state counsel for ASTT conferred with counsel for the Plaintiff, Erin M. O'Toole, in a good-faith attempt to resolve the issues presented by this motion, and Plaintiff's counsel agreed to an additional enlargement of time until and including May 20, 2013, for ASTT to serve its response to Plaintiff's Complaint.

/s/ Timothy A. Andreu
Timothy A. Andreu
Florida Bar No. 443778
tandreu@glennrasmussen.com
**GLENN RASMUSSEN, P.A.**
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
Phone: (813) 229-3333
Fax: (813) 229-5946
*Attorney for Defendant American Stock Transfer & Trust Company, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served via CM/ECF to all parties listed thereon this 3rd day of May, 2013.

/s/ Timothy A. Andreu
Attorney

04774-00100 882358 v1