# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| WHITNEA R. HARDY, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 8:13-cv-00675-JDW-MAP |
| | ) |
| -vs- | ) |
| | ) |
| WILLIAM R. HARDY, AMERICAN STOCK TRANSFER & TRUST COMPANY, L.L.C., A NEW YORK LIMITED LIABILITY CORPORATION, AND VANACORE INTERNATIONAL, INC., A CALIFORNIA CORPORATION, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## WILLIAM L. HARDY'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIM OF DEFENDANT AMERICAN STOCK TRANSFER & TRUST COMPANY, L.L.C.

COMES NOW Defendant WILLIAM L. HARDY ("Defendant HARDY"), by and through his undersigned counsel, Pursuant to Rule 12 of the Federal Rules of Civil Procedure, and files this his Answer and Affirmative Defenses to the Cross-Claim of Co-Defendant, AMERICAN STOCK TRANSFER & TRUST COMPANY, L.L.C., a New York limited liability corporation, ("AST"), and states as follows:

## ANSWER

In answer to the respectively numbered paragraphs of AST's Cross-Claim, Defendant HARDY responds as follows:

1. Denied as to each factual allegation specifically addressed to Defendant HARDY. As to all remaining allegations, Defendant HARDY is without knowledge and therefore each is accordingly denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

AST fails to state a claim for relief against Defendant HARDY.

WHEREFORE, having fully answered AST's Cross-Claim, Defendant WILLIAM L. HARDY prays this Honorable Court will enter judgment in his favor and against AST, dismissing this action with prejudice as to Defendant HARDY, awarding him all costs and reasonable attorney's fees he may have incurred in connection herewith, and such other and further relief as this Court deems just and proper.

                                                **BAKER, DONELSON, BEARMAN,**
                                                **CALDWELL & BERKOWITZ, PC**
                                                Bank of America Center
                                                390 North Orange Avenue
                                                Post Office Box 1549
                                                Orlando, Florida 32802
                                                Telephone: (407) 422-6600
                                                Telecopier: (407) 841-0325
                                                Counsel for Defendant William L. Hardy

                                        By: /s/ Donald E. Christopher
                                                Donald E. Christopher
                                                Florida Bar No. 250831
                                                *dchristopher@bakerdonelson.com*
                                                Marisa E. Rosen
                                                Florida Bar No. 73152
                                                *mrosen@bakerdonelson.com*


## CERTIFICATE OF SERVICE

     I hereby certify that on June 10, 2013, I electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Erin M. O'Toole, Esquire | Timothy A. Andreu, Esquire |
| Erin M. O'Toole, LLC | Glenn Rasmussen, P.A. |
| 111 2nd Ave NE, Suite 900 | 100 S. Ashley Dr., Suite 1300 |
| St Petersburg, Florida 337013474 | Tampa, Florida 33602 |
| *eotoole@emotoolelaw.com* | *tandreu@glennrasmussen.com* |

                                                  /s/ Donald E. Christopher
                                                      Donald E. Christopher