UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,

    Plaintiff,

vs.                                               Case No.: 8:13-cv-00675-T-27MAP

WILLIAM R. HARDY et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Extension of Time for Service of Complaint and Summons on Vanacore International, Inc., a California Corporation (Dkt. 18). Federal Rule of Civil Procedure 4(m) requires an extension of time for service if the Plaintiff shows good cause for failure to serve the complaint and a summons within 120 days of the filing date. Plaintiff filed the complaint on March 14, 2013, and therefore has until July 12 to serve Defendants. Moreover, Plaintiff has requested that Defendant Vanacore International, Inc. waive service of process, which, if accepted, would moot this motion. Accordingly, because Plaintiff has over one month to effectuate process and Defendant may be in possession of a request for waiver of process, this motion (Dkt. 18) is DENIED *without prejudice* as premature. If necessary, Plaintiff may later move for an extension of time upon a showing of good cause.

**DONE AND ORDERED** this 10th day of June, 2013.

                                                      JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record