UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,
        Plaintiff,

vs.    MAP                               CASE NO.: 8:13-cv-675-T-27

WILLIAM R. HARDY, AMERICAN STOCK
TRANSFER & TRUST COMPANY, L.L.C., a NEW
YORK LIMITED LIABILITY CORPORATION,
AND VANACORE INTERNATIONAL,
INC., a CALIFORNIA CORPORATION,

        Defendants.
_____/

## MOTION FOR EXTENSION OF TIME FOR CONFERENCE OF COUNSEL

Plaintiff, Whitnea R. Hardy, (hereinafter referred to as "WHITNEA HARDY"), pursuant to the Case Management Notice and Local Rule 3.05, hereby files her Motion for Extension of Time for Conference of Counsel until twenty (20) days after Service of Complaint and Summons upon Vanacore International, Inc., a California corporation, (referred hereinafter to as "VANACORE") and as grounds would state:

1. On March 14, 2013, Plaintiff filed a Civil Complaint against the Defendants and a summons was issued for each of them.

2. On March 26, 2013, a copy of the Complaint and Summons in a Civil Action was provided to Orion Litigation Support Services in California to serve VANACORE.

3. From April 1, 2013, until May 9, 2013, Orion Litigation Support Services made eleven (11) direct attempts at service of process on VANACORE, at the address listed with the California Secretary of State and on the company's website.

4. Despite the fact that numerous diligent attempts Orion made at service of process on VANACORE, direct service of process was unsuccessful.

5. VANACORE is one of the Defendants which is vital to the facts in this case. The Conference of Counsel would not be productive without having VANACORE represented at this conference. Further, none of the parties would be prejudiced by the extension of time requested.

6. Pursuant to the Case Management Notice and Local Rule 3.05(c)(2), Plaintiff respectfully requests that this Honorable Court grant her Motion for Extension of time for the Conference of Counsel until twenty (20) days after service of the Complaint and Summons upon VANACORE.

**WHEREFORE**, Plaintiff, WHITNEA HARDY respectfully requests that this Honorable Court enter an order extending the time for Conference of Counsel until twenty (20) days after VANACORE has been served.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certifies that she conferred with counsel for WILLIAM HARDY and AMERICAN STOCK TRANSFER & TRUST, L.L.C. and they have no objection to Plaintiff's Motion for Extension of Time for Conference of Counsel.

Respectfully Submitted,

/s/ Erin O'Toole
Erin M. O'Toole, Esquire
Florida Bar No. 0000744 / SPN 02779166
Attorney for Whitnea Ryan Hardy
Erin M. O'Toole, L.L.C.
111 Second Avenue North, Suite 900
St. Petersburg, FL 33701
Telephone (727)490-7334
Facsimile (727)490-7335
E-mail: eotoole@emotoolelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to all parties listed on this __14th__ day of June, 2013.

/s/ Erin O'Toole
Erin M. O'Toole, Esquire
Florida Bar No. 0000744 / SPN 02779166
Attorney for Whitnea Ryan Hardy
Erin M. O'Toole, L.L.C.
111 Second Avenue North, Suite 900
St. Petersburg, FL 33701
Telephone (727)490-7334
Facsimile (727)490-7335
E-mail: eotoole@emotoolelaw.com