UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,

    Plaintiff,                              CASE NO. 8:13-cv-675-T-27-MAP

v.

WILLIAM R. HARDY, AMERICAN STOCK
TRANSFER & TRUST COMPANY, L.L.C.,
a New York Limited Liability Corporation, and
VANACORE INTERNATIONAL, INC.,
a California Corporation,

    Defendants.
_____/

**APPEARANCE OF NON-RESIDENT ATTORNEY MICHAEL H. GIBSON AND
DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT**

    I, Michael H. Gibson, hereby appear under 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of Defendant American Stock Transfer & Trust Company, L.L.C., by whom I have been retained.

    I certify that I will comply with the fee and e-mail registration requirements of Rule 2.01(d). I am associated with the law firm of Satterlee Stephens Burke & Burke LLP, and am a member in good standing of the Bar in the State of New York. I am not a State of Florida resident and I do not maintain an office in Florida for the practice of law.

    I hereby designate:

    NAME:       Timothy A. Andreu, Florida Bar No. 443778
    LAW FIRM:  Glenn Rasmussen, P.A.
    ADDRESS:   100 S. Ashley Drive, Suite 1300
                      Tampa, Florida 33602
                      Phone: (813) 229-3333
                      Fax: (813) 229-5946
                      tandreu@glennrasmussen.com

who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

Dated: July 16, 2013.

_____
MICHAEL H. GIBSON

### CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: July 18, 2013

_____
TIMOTHY A. ANDREU

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2013, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

_____
Timothy A. Andreu
Florida Bar No. 443778
tandreu@glennrasmussen.com
**GLENN RASMUSSEN, P.A.**
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
Phone: (813) 229-3333 | Fax: (813) 229-5946
*Attorney for Defendant American Stock Transfer & Trust Company, L.L.C.*

*Of Counsel:*
Michael H. Gibson, Esq.
New York Bar No. 4274767
mgibson@ssbb.com
**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 Park Avenue, Suite 1130
New York, New York 10169
Phone: (212) 404-8726 | Fax: (212) 818-9606

2