# ORION LITIGATION SUPPORT SERVICES

Friday August 09, 2013      *INVOICE*      Invoice # 20390

5119 GRIFFIN OAKS LANE
SACRAMENTO, CA 95841
Telephone: 916.446.4890, FAX: 888.614.2498, Tax ID: 45-5510814

ERIN M. O'TOOLE
ERIN M. O'TOOLE, LLC
111 SECOND AVENUE N.E.
SUITE 900
ST. PETERSBURG FL 33701

Case #: 8:13CV00675
Court: United States District Court, Middle District Of Florida, Tampa Division
Title: WHITNEA R. HARDY vs. WILLIAM R. HARDY, ET AL
Documents: ORDER GRANTING SERVICE OF PROCESS TO CALIFORNIA SECRETARY OF STATE; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL

| Date | Description | Amount |
|---|---|---|
| 08/07/13 02:26PM | Personal Service: VANACORE INTERNATIONAL, INC., C/O CALIFORNIA SECRETARY OF STATE, AT Business 1500 11TH STREET SACRAMENTO, CA 95814, by serving: SUE WONG, DEPUTY., ASIAN, FEMALE, 45 Years Old, BLACK Hair, BROWN Eyes, 5 Feet 5 Inches, 160 Pounds, Served By: Tyler A. Dimaria. | |
| 08/07/13 | Copies Made For Client, 68.00 Copies, at $.25 | 17.00 |
| 08/07/13 | Standard Service of Process (Zone 3) | 65.00 |
| 08/07/13 | Rush Service | 25.00 |
| 08/07/13 | CREDIT CARD PROCESSING FEE | 5.00 |
| 08/07/13 | Advanced Fees ORION CHECK # 1178 | 50.00 |
| 08/07/13 | Advance Fee Charge (10% or $2.00 Minimum) | 5.00 |
| 08/07/13 | Notary | 10.00 |
| 08/07/13 | Deposit On Work To Be Done  Check Number: PP15788752VL2281508, Thank You! | -177.00 |

**Please Pay From This Invoice & Include Our Invoice Number On Your Check. Finance Charges Will Be Applied to Payments That Are More Than 30 Days Past Due.**      **0.00**

**Note to In Pro Per Clients: You May Need to File The Proof of Service or Affidavit With The Correct Court Before Your Hearing Date.**

| Attorney or Party without Attorney: ERIN M. O'TOOLE<br>ERIN M. O'TOOLE, LLC<br>111 SECOND AVENUE N.E.<br>SUITE 900<br>ST. PETERSBURG, FL 33701<br>Telephone No: 727.490.7334   FAX No: 727.490.7335 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Middle District Of Florida, Tampa Division | |
| Plaintiff: WHITNEA R. HARDY | |
| Defendant: WILLIAM R. HARDY, ET AL | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 8:13CV00675 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER GRANTING SERVICE OF PROCESS TO CALIFORNIA SECRETARY OF STATE; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL

3. a. Party served:      VANACORE INTERNATIONAL, INC., C/O CALIFORNIA SECRETARY OF STATE
   b. Person served:    SUE WONG, DEPUTY., ASIAN, FEMALE, 45 Years Old, BLACK Hair, BROWN Eyes, 5 Feet 5 Inches, 160 Pounds

4. Address where the party was served:   1500 11TH STREET
                                          SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 07, 2013 (2) at: 2:26PM

7. **Person Who Served Papers:**                        Fee for Service:    $177.00
   a. Tyler A. Dimaria
   **b. ORION LITIGATION SUPPORT SERVICES**
   5119 GRIFFIN OAKS LANE
   SACRAMENTO, CA 95841
   c. 916.446.4890, FAX 888.614.2498

8. I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE                    (Tyler A. Dimaria)

eot.20390

State of California }
}SS.
County of: Sacramento }

On Aug. 13, 2013, before me, Stefanie Schulte, Notary Public, personally appeared Tyler A. Dimaria who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledges to me that he/she/they executed the same in his/hers/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

Witness my hand and official seal.

Signature *[signature: Stefanie Schulte]*
Notary Public

Commission Expires: Apr. 29, 2016

**STEFANIE SCHULTE**
Commission # 1976683
Notary Public - California
Sacramento County
My Comm. Expires Apr 29, 2016