**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| WHITNEA R. HARDY, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:13-cv-00675-JDW-MAP |
| ) | |
| -vs- ) | |
| ) | |
| WILLIAM R. HARDY, AMERICAN ) | |
| STOCK TRANSFER & TRUST ) | |
| COMPANY, L.L.C., A NEW YORK ) | |
| LIMITED LIABILITY CORPORATION, ) | |
| AND VANACORE INTERNATIONAL, ) | |
| INC., A CALIFORNIA CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF CHANGE OF PHYSICAL ADDRESS

**To the Clerk of this Court and all parties of record:**

PLEASE TAKE NOTICE that effective August 19, 2013 the physical address and Orlando office location of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. will change from 390 North Orange Avenue, Suite 1875 to:

> **Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
> **200 South Orange Avenue, Suite 2900**
> **Orlando, Florida 32801**

The post office box mailing address, telephone number, and facsimile number all remain the same.

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**
        SunTrust Center
        200 South Orange Avenue
        Post Office Box 1549
        Orlando, Florida 32802-1549
        Telephone: (407) 422-6600
        Telecopier: (407) 841-0325
        Counsel for Defendant William L. Hardy

        By: /s/ Donald E. Christopher
            Donald E. Christopher
            Florida Bar No. 250831
            *dchristopher@bakerdonelson.com*
            Marisa E. Rosen
            Florida Bar No. 73152
            *mrosen@bakerdonelson.com*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, I electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Erin M. O'Toole, Esquire | Timothy A. Andreu, Esquire |
| Erin M. O'Toole, LLC | Glenn Rasmussen, P.A. |
| 111 2nd Ave NE, Suite 900 | 100 S Ashley Dr., Suite 1300 |
| St Petersburg, Florida 337013474 | Tampa, FL 33602 |
| *eotoole@emotoolelaw.com* | *tandreu@glennrasmussen.com* |

I further certify that on September 4, 2013, I served the foregoing document by U.S. Mail and E-mail to the following:

Michael H. Gibson, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*mgibson@ssbb.com*

        /s/ Donald E. Christopher
          Donald E. Christopher