**UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WHITNEA R. HARDY,

       Plaintiff,                    Case No. 8:13-cv-00675-JDW-MAP

    vs.

WILLIAM R. HARDY, AMERICAN
STOCK TRANSFER & TRUST
COMPANY, L.L.C. A NEW YORK
LIMITED LIABILITY CORPORATION,
AND VANACORE INTERNATIONAL,
INC. A CALIFORNIA CORPORATION,

       Defendants.
_____/

**REQUEST FOR ORAL ARGUMENT**

In reference to its Motion to Dismiss the Complaint of plaintiff Whitnea R. Hardy ("Plaintiff"), defendant Vanacore International, Inc. requests that the Court set the matter for oral argument pursuant to Middle District of Florida Local Rule 3.01(j).

Defendant Vanacore International, Inc. estimates that the hearing on this Motion will be approximately twenty (20) minutes.

Respectfully submitted this 11th day of September, 2013.

By: /s/ Patrick D. Coleman
PATRICK D. COLEMAN
Florida Bar No. 136400
GRAYROBINSON, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109
Email: Patrick.coleman@gray-robinson.com

WILLIAM W. PALMER
*Pro Hac Vice* Pending
California Bar No. 146404
PALMER LAW GROUP
2443 Fair Oaks Blvd., No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile: (916) 972-0877
Email: wpalmer@palmercorp.com

Attorneys for Defendant
Vanacore International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed electronically this 11th day of September, 2013, via CM/ECF which will send notice of electronic filing of the foregoing to Erin M. O'Toole, Esq., at eotoole@emotoolelaw.com, counsel for Plaintiff, dchristopher@bakerdonelson.com, mrosen@bakerdonelson.com, counsel for Defendant William R. Hardy, tandreu@glennrasmussen.com, counsel for Defendant American Stock Transfer and by other means on Michael H. Gibson, counsel for American Stock Transfer.

/s/ Patrick D. Coleman
Attorney