- 1 -

# UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WHITNEA R. HARDY,

    Plaintiff,

vs.                            CASE NO. 8:13-cv-00675-JDW-MAP

WILLIAM R. HARDY, AMERICAN
STOCK TRANSFER & TRUST
COMPANY, L.L.C. A NEW YORK
LIMITED LIABILITY CORPORATION,
AND VANACORE INTERNATIONAL,
INC. A CALIFORNIA CORPORATION,

    Defendants.
_____/

**MOTION FOR APPEARANCE *PRO HAC VICE* OF WILLIAM W. PALMER ON BEHALF OF DEFENDANT VANACORE INTERNATIONAL, INC.**

      Pursuant to Local Rule 2.02 of the Rules of the United States District Court for the Middle District of Florida, Patrick D. Coleman, counsel for defendant Vanacore International, Inc., moves for the appearance *pro hac vice* of William W. Palmer, an attorney with the Palmer Law Group, 2443 Fair Oaks Boulevard, No. 545, Sacramento, California 95825, in the above-styled case on behalf of defendant Vanacore International, and states the following:

      1.    A duly executed Special Admission Attorney Certification form and appropriate fee is simultaneously being manually filed with the Court.

      2.    William W. Palmer is an active member in good standing of the bar in the State of California.

3. William W. Palmer is not a State of Florida resident and does not maintain an office in the State of Florida for the practice of law.

4. William W. Palmer is familiar with the Local Rules of the United States District Court for the Middle District of Florida, the Florida Rules of Professional Conduct, and other ethical requirements governing the professional behavior of the Florida Bar, and will comply with them.

5. William W. Palmer is admitted to practice law before the Bar of the State of California, and the United States Federal District Courts in and for the Northern, Eastern, and Central Districts of California, the Ninth Circuit Federal Court of Appeals, and the United States Supreme Court.

6. On September 11, 2013, William W. Palmer complied with Local Rule 2.02(a)(1), by completing the written designation and consent-to-act on the part of Patrick D. Coleman, who is a member of this Court, which is being filed simultaneously herewith. William W. Palmer also has completed and filed the Special Admission Attorney Certification form required by the Clerk of the Court.

Respectfully submitted this 11th day of September, 2013.

By: /s/ Patrick D. Coleman
PATRICK D. COLEMAN
Florida Bar No. 136400
GRAY ROBINSON, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109
Email: patrick.coleman@gray-robinson.com

- 3 -

>WILLIAM W. PALMER
>California Bar No. 146404
>*Pro Hac Vice* Pending
>PALMER LAW GROUP
>2443 Fair Oaks Boulevard, No. 545
>Sacramento, California 95825
>Telephone: (916) 972-0761
>Facsimile: (916) 972-0877
>Email: wpalmer@palmercorp.com
>
>Attorneys for Defendant
>Vanacore International, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been filed electronically this 11th day of September, 2013, via CM/ECF which will send notice of electronic filing of the foregoing to Erin M. O'Toole, Esq. at eotoole@emotoolelaw.com, counsel for Plaintiff, dchristopher@bakerdonelson.com, mrosen@bakerdonelson.com, counsel for Defendant William R. Hardy, tandreu@glennrasmussen.com, counsel for American Stock Transfer and by other means on Michael H. Gibson, counsel for American Stock Transfer.

>/s/ Patrick D. Coleman
>Attorney