UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,

    Plaintiff,

vs.

WILLIAM R. HARDY, AMERICAN STOCK TRANSFER & TRUST COMPANY, L.L.C. A NEW YORK LIMITED LIABILITY CORPORATION, AND VANACORE INTERNATIONAL, INC. A CALIFORNIA CORPORATION,

CASE NO. 8:13-cv-00675-JDW-MAP

    Defendants.
_____/

**APPEARANCE OF NON-RESIDENT ATTORNEY WILLIAM W. PALMER AND DESIGNATION OF LOCAL COUNSEL (LOCAL RULE 2.02) AND CONSENT TO ACT**

I, William W. Palmer, hereby appear under § 2.02 of the Local Rules of the Middle District of Florida, in the above-entitled action on behalf of defendant Vanacore International, Inc., by whom I have been retained.

I certify that I will comply with the fee and e-mail registration requirements of Rule 2.01(d). I am associated with the Palmer Law Group, and am a member in good standing of the Bar in the State of California. I am not a State of Florida resident and I do not maintain an office in Florida for the practice of law.

I hereby designate:

    PATRICK D. COLEMAN, Florida Bar No. 136400
    GRAY ROBINSON, P.A.
    50 N. Laura Street, Suite 1100
    Jacksonville, Florida 32202
    Telephone: (904) 598-9929
    Facsimile: (904) 598-9109
    Email: patrick.coleman@gray-robinson.com

as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. Patrick D. Coleman is a member of the Bar of this Court and maintains an office in Florida for the practice of law.

Respectfully submitted this 11th day of September, 2013.

By: /s/ William W. Palmer
WILLIAM W. PALMER
California Bar No. 146404
*Pro Hac Vice* Pending
PALMER LAW GROUP
2443 Fair Oaks Boulevard, No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile: (916) 972-0877
Email: wpalmer@palmercorp.com

Attorney for Defendant
Vanacore International, Inc.

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Respectfully submitted this 11th day of September, 2013.

By: /s/ Patrick D. Coleman
PATRICK D. COLEMAN
Florida Bar No. 136400
GRAY ROBINSON, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109
Email: patrick.coleman@gray-robinson.com

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been filed electronically this 11th day of September, 2013, via CM/ECF which will send notice of electronic filing of the foregoing to Erin M. O'Toole, Esq. at eotoole@emotoolelaw.com, counsel for Plaintiff, dchristopher@bakerdonelson.com, mrosen@bakerdonelson.com, counsel for Defendant William R. Hardy, tandreu@glennrasmussen.com, counsel for American Stock Transfer and by other means on Michael H. Gibson, counsel for American Stock Transfer.

                                             /s/ Patrick D. Coleman
                                                    Attorney