UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEA R. HARDY,

        Plaintiff,

vs.                                         Case No.: 8:13-CV-675-T-27MAP

WILLIAM R. HARDY; et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Vanacore International, Inc.'s Motion for Appearance *Pro Hac Vice* (Dkt. 40) on behalf of William W. Palmer, Esq. Upon consideration, it is

**ORDERED** that Defendant Vanacore International, Inc.'s Motion for Appearance *Pro Hac Vice* (Dkt. 40) is **GRANTED**.[1] Patrick D. Coleman, Esq. is designated as local counsel pursuant to Local Rule 2.02(a)(1).

**DONE AND ORDERED** in chambers this 16th day of September, 2013.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record
*Pro hac vice* clerk

---

[1] Counsel are further notified that pursuant to the USDC - Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section I(A) "... all documents filed in Civil and Criminal cases in this District . . . shall be filed electronically." Therefore, the attorneys being admitted *pro hac vice* is/are directed to sign up for CM/ECF, enter an email address in their CM/ECF account and electronically file a notice of compliance with this Court's Order within thirty (30) days. Failure to comply with this Order as directed will result in counsel being terminated from the docket sheet without further notice.